UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

LAZARO AGUILAR and JESSE SANCHEZ,

    Plaintiffs,

Vs.

BAGGER BAGS, LLC, a Florida limited liability company, and
DERIC TIKOTSKY, individually,

    Defendants.
_____/

## COMPLAINT

Plaintiffs, LAZARO AGUILAR ("AGUILAR") and JESSE SANCHEZ, ("SANCHEZ"), by and through their undersigned counsel, file this Complaint against Defendants, BAGGER BAGS, LLC, a Florida limited liability company ("BAGGER BAGS"), DERIC TIKOTSKY, ("TIKOTSKY"), individually, and states as follows:

## INTRODUCTION

1. This is a proceeding against BAGGER BAGS and TIKOTSKY for monetary damages to redress the deprivation of rights secured to Plaintiffs, AGUILAR and SANCHEZ, under the maximum hour provision of Section 7 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 et seq. ("FLSA") as well as under 26 U.S.C § 7434 which provides civil damages for the fraudulent filing of information tax returns.

1

## JURISDICTION

2. The jurisdiction of the Court over this controversy is based on 29 U.S.C. §216(b) and 28 U.S.C. § 1331.

## VENUE

3. The venue of this Court over this controversy is based on the following:

   a. The unlawful employment practice alleged below occurred and/or were committed within Broward County, Florida;

   b. Defendant, BAGGER BAGS, was and continues to be a Florida corporation doing business within the Southern District of Florida; and

   c. Upon information and belief, the individual Defendant, TIKOTSKY and AGUILAR, reside in Broward County Florida.

## PARTIES

4. At all times material hereto, Plaintiffs, AGUILAR and SANCHEZ, was and continues to be a resident of Palm Beach County, Florida.

5. At all times material hereto, Plaintiffs, AGUILAR and SANCHEZ were "employees" within the meaning of the FLSA.

6. At all times material hereto, Defendant, BAGGER BAGS, was and continues to be a limited liability company organized under the laws of the State of Florida.

7. At all times material hereto, Defendant, BAGGER BAGS, was and continues to be a manufacturer and designer of custom Harley Davidson parts, including, without limitation, extended and stretched saddlebags, fenders, airbox covers, tank shrouds, and other parts for use on custom motorcycles.

8. At all times material hereto, Defendant, BAGGER BAGS, was engaged in business at 1420 NW 65th Avenue, Plantation, FL 33313, within the Southern District of Florida.

9. At all times material hereto, Defendant BAGGER BAGS is an employer authorized to do business and doing business in Florida, with a place of business in Broward County, Florida.

10. Further, at all times relevant Defendant BAGGER BAGS was an "employer" with the meaning of § 3(d) of the FLSA, 29 U.S.C. §203(d).

11. At all times material hereto, Defendant, BAGGER BAGS, regularly owned and operated a business engaged in commerce as defined in § 3(r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and § 203(s).

12. At all times material hereto, Plaintiffs, AGUILAR and SANCHEZ were "engaged in commerce" within the meaning of the FLSA.

13. At all times material hereto, Defendant, BAGGER BAGS, was, and continues to be, an "enterprise engaged in commerce" within the meaning of FLSA.

14. At all times material hereto, annual gross revenue of Defendant, BAGGER BAGS, was in excess of $ 500,000.00 per annum during the relevant time periods.

15. At all times material hereto, the items used by the Defendant, BAGGER BAGS, for the operation of their business travelled in interstate commerce.

16. At all times material hereto, the work performed by the Plaintiff was directly essential to the business performed by Defendant.

17. At all times material hereto, Defendant, TIKOTSKY, was and continues to be a managing member of Defendant BAGGER BAGS, who controlled how each Plaintiff was compensated and is therefore an employer within the meaning of the FLSA.

## STATEMENT OF FACTS

18. Plaintiffs, AGUILAR and SANCHEZ, were hired as a hired as laborers working in Defendants' manufacturing facility from July 6, 2015 and continuing through the date of their termination, December 30, 2016 ("relevant time period.").

19. In 2015, both Plaintiffs were paid $ 10 per hour for all hours worked. In 2016, the Plaintiffs were paid $ 12.00 per hour for all hours worked.

20. During the relevant time period, Plaintiffs' schedule consisted of them working from 7:00 a.m. to 5:00 p.m. Monday through Friday. Beginning in September of 2016, the Plaintiffs' start time fluctuated between 7:00 a.m. and 8:30 a.m. and their end time between 4:00 p.m. and 5:00 p.m.

21. In 2015 and 2016, the Plaintiffs, Aguilar and Sanchez, each worked in excess of forty hours per week as set forth in Exhibits "A" and "B".

22. During the relevant time period, Defendants would compensate the Plaintiffs, and all similarly situated employees at a straight time rate. Furthermore, the Defendants would compensate their laborers, including Plaintiffs, solely in cash.

23. Accordingly, Plaintiffs, and all similarly situated employees are owed an additional half-time premium for all hours worked in excess of forty (40) during the relevant time period.

24. During the course of Plaintiffs' employment, Defendants violated the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 207, 216(b), by not paying

Plaintiffs or other similarly situated employees overtime at the rate of time and one-half their hourly rate. Instead, Defendants would pay the employees overtime at a straight time rate.

25. During the relevant time period each Plaintiff is owed the following for unpaid overtime in 2015 and 2016:

   a. Aguilar: 487.30 overtime hours totaling $ 2,709.41

   b. Sanchez: 459 overtime hours totaling $ 2,535.81

26. Defendants have and continue to violate Title 29 U.S.C. § 207 in that Plaintiffs, and all similarly situated employees who worked in excess of the maximum hours provided by the FLSA were not paid at a rate of time and one-half the hourly rate for all overtime hours worked, in excess of 40 hours per pay period.

27. Notwithstanding the fact that Defendants had knowledge regarding their obligation to pay the Plaintiffs overtime compensation, Defendants willfully continued to violate Title 29 U.S.C. § 207, by failing to properly pay overtime compensation.

28. Such continuing conduct by the Defendants evidences a willful decision by the Defendants and their agents to violate the overtime provisions of the FLSA. At no time did the Defendants have reasonable grounds for believing that their acts and/or omissions were not a violation of the FLSA.

29. Plaintiffs have retained the Law Firm of Michael A. Pancier, P.A., to represent him and has agreed to pay the firm a reasonable fee for its services.

## STATEMENT OF CLAIMS

## VIOLATION OF 29 U.S.C. §§ 207
## OVERTIME COMPENSATION

30. Plaintiffs, AGUILAR and SANCHEZ, reallege and reaver paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31. Plaintiffs, AGUILAR and SANCHEZ, were entitled to be paid at the rate of time and one-half of each of his hourly rate for the hours that they worked in excess of the maximum hours provided for in the FLSA.

32. Due to intentional, willful, and unlawful acts of Defendants, BAGGER BAGS, and TIKOTSKY, Plaintiffs, AGUILAR and SANCHEZ, have suffered damages in lost compensation for the time they worked over forty (40) hours per week without receiving overtime compensation, plus liquidated damages.

33. Plaintiff, Aguilar, is owed $ 2,709.41 in unpaid overtime and an equal amount as liquidated damages totaling **$ 5,418.82**.

34. Plaintiff, Sanchez, is owed $ 2,535.81 in unpaid overtime and an equal amount as liquidated damages totaling **$ 5,071.62**.

35. Plaintiffs, AGUILAR and SANCHEZ, are also entitled to an award of their reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

**WHEREFORE,** Plaintiffs, AGUILAR and SANCHEZ, respectfully request that judgment be entered in their favor against Defendants, BAGGER BAGS and TIKOTSKY, jointly and severally:

    a. Declaring, pursuant to 28 U.S.C. §2201 and 2202, that the acts and practices complained of herein are in violation of the maximum hour provisions of the FLSA;

b. Awarding Plaintiff, Aguilar, $ 2,709.41 in unpaid overtime and an equal amount as liquidated damages totaling $ 5,418.82.

c. Awarding Plaintiff, Sanchez, is owed $ 2,535.81 in unpaid overtime and an equal amount as liquidated damages totaling $5,071.62.

d. Awarding the Plaintiffs reasonable attorneys' fees, costs, and expenses of this litigation pursuant to 29 U.S.C. § 216(b);

e. Awarding Plaintiffs post judgment interest (and prejudgment interest in the event that liquidated damages are not awarded), and;

f. Ordering any other relief that this Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: February 16, 2017

>  Respectfully submitted,
>
>  Law Offices of Michael A. Pancier, P.A.,
>  **Attorneys for Plaintiff**
>  9000 Sheridan Street, Suite 93
>  Pembroke Pines, FL 33024
>  TEL: (954) 862-2217
>  FAX: (954) 862-2287
>
>     /s/ Michael A. Pancier, Esq.
>  Michael A. Pancier, Esq.
>  Fla. Bar No. 958484

EXHIBIT "A"

| Week Ending | Hours | Total Hours | Hours Over 40 | Hourly Rate | Overtime Due 1/2 Time |
|---|---|---|---|---|---|
| AGUILAR | | | | | |
| 7/11/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 7/18/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 7/25/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/1/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/8/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/15/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/22/15 | 45:50:00 | 45.83 | 5.83 | $ 10.00 | $ 29.15 |
| 8/29/15 | 47:44:00 | 47.73 | 7.73 | $ 10.00 | $ 38.65 |
| 9/5/15 | 46:59:00 | 46.98 | 6.98 | $ 10.00 | $ 34.90 |
| 9/12/15 | 48:06:00 | 48.10 | 8.10 | $ 10.00 | $ 40.50 |
| 9/19/15 | 50:00:00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 9/26/15 | 46:38:00 | 46.63 | 6.63 | $ 10.00 | $ 33.15 |
| 10/3/15 | 49:59:00 | 49.98 | 9.98 | $ 10.00 | $ 49.90 |
| 10/10/15 | 49:59:00 | 49.98 | 9.98 | $ 10.00 | $ 49.90 |
| 10/17/15 | 49:36:00 | 49.60 | 9.60 | $ 10.00 | $ 48.00 |
| 10/24/15 | 51:03:00 | 51.05 | 11.05 | $ 10.00 | $ 55.25 |
| 10/31/15 | 46:59:00 | 46.98 | 6.98 | $ 10.00 | $ 34.90 |
| 11/7/15 | 51:04:00 | 51.07 | 11.07 | $ 10.00 | $ 55.35 |
| 11/14/15 | 48:39:00 | 48.65 | 8.65 | $ 10.00 | $ 43.25 |
| 11/21/15 | 43:44:00 | 43.73 | 3.73 | $ 10.00 | $ 18.65 |
| 11/28/15 | 44:21:00 | 44.35 | 4.35 | $ 10.00 | $ 21.75 |
| 12/5/15 | 47:05:00 | 47.08 | 7.08 | $ 10.00 | $ 35.40 |
| 12/12/15 | 52:23:00 | 52.38 | 12.38 | $ 10.00 | $ 61.90 |
| 12/19/15 | 50:34:00 | 50.57 | 10.57 | $ 10.00 | $ 52.85 |
| 12/26/15 | 50:00:00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 1/2/16 | 50:00:00 | 50.00 | 10.00 | $ 12.00 | $ 60.00 |
| 1/9/16 | 49:49:00 | 49.82 | 9.82 | $ 12.00 | $ 58.92 |
| 1/16/16 | 50:01:00 | 50.02 | 10.02 | $ 12.00 | $ 60.12 |

| Week Ending | Hours | Total Hours | Hours Over 40 | Hourly Rate | Overtime Due 1/2 Time |
|---|---|---|---|---|---|
| 1/23/16 | 50:12:00 | 50.20 | 10.20 | $ 12.00 | $ 61.20 |
| 1/30/16 | 45:20:00 | 45.33 | 5.33 | $ 12.00 | $ 31.98 |
| 2/6/16 | 45:43:00 | 45.72 | 5.72 | $ 12.00 | $ 34.32 |
| 2/13/16 | 41:46:00 | 41.77 | 1.77 | $ 12.00 | $ 10.62 |
| 2/20/16 | 48:07:00 | 48.12 | 8.12 | $ 12.00 | $ 48.72 |
| 2/27/16 | 48:00:00 | 48.00 | 8.00 | $ 12.00 | $ 48.00 |
| 3/5/16 | 48:07:00 | 48.12 | 8.12 | $ 12.00 | $ 48.72 |
| 3/12/16 | 44:52:00 | 44.87 | 4.87 | $ 12.00 | $ 29.22 |
| 3/19/16 | 50:05:00 | 50.08 | 10.08 | $ 12.00 | $ 60.48 |
| 3/26/16 | 42:27:00 | 42.45 | 2.45 | $ 12.00 | $ 14.70 |
| 4/2/16 | 53:35:00 | 53.58 | 13.58 | $ 12.00 | $ 81.48 |
| 4/9/16 | 41:00:00 | 41.00 | 0.00 | $ 12.00 | $ - |
| 4/16/16 | 44:55:00 | 44.92 | 4.92 | $ 12.00 | $ 29.52 |
| 4/23/16 | 45:07:00 | 45.12 | 5.12 | $ 12.00 | $ 30.72 |
| 4/30/16 | 45:48:00 | 45.80 | 5.80 | $ 12.00 | $ 34.80 |
| 5/7/16 | 41:05:00 | 41.08 | 1.08 | $ 12.00 | $ 6.48 |
| 5/14/16 | 41:49:00 | 41.82 | 1.82 | $ 12.00 | $ 10.92 |
| 5/21/16 | 40:07:00 | 40.12 | 0.12 | $ 12.00 | $ 0.72 |
| 5/28/16 | 45:24:00 | 45.40 | 5.40 | $ 12.00 | $ 32.40 |
| 6/4/16 | 55:39:00 | 55.65 | 15.65 | $ 12.00 | $ 93.90 |
| 6/11/16 | 45:19:00 | 45.32 | 5.32 | $ 12.00 | $ 31.92 |
| 6/18/16 | 47:25:00 | 47.42 | 7.42 | $ 12.00 | $ 44.52 |
| 6/25/16 | 43:15:00 | 43.25 | 3.25 | $ 12.00 | $ 19.50 |
| 7/2/16 | 44:38:00 | 44.63 | 4.63 | $ 12.00 | $ 27.78 |
| 7/9/16 | 44:53:00 | 44.88 | 4.88 | $ 12.00 | $ 29.28 |
| 7/16/16 | 45:43:00 | 45.72 | 5.72 | $ 12.00 | $ 34.32 |
| 7/23/16 | 46:24:00 | 46.40 | 6.40 | $ 12.00 | $ 38.40 |
| 7/30/16 | 38:28:00 | 38.47 | 0.00 | $ 12.00 | $ - |
| 8/6/16 | 46:18:00 | 46.30 | 6.30 | $ 12.00 | $ 37.80 |

| Week Ending | Hours | Total Hours | Hours Over 40 | Hourly Rate | Overtime Due 1/2 Time |
|---|---|---|---|---|---|
| 8/13/16 | 44:20:00 | 44.33 | 4.33 | $ 12.00 | $ 25.98 |
| 8/20/16 | 50:24:00 | 50.40 | 10.40 | $ 12.00 | $ 62.40 |
| 8/27/16 | 41:58:00 | 41.97 | 1.97 | $ 12.00 | $ 11.82 |
| 9/3/16 | 40:34:00 | 40.57 | 0.57 | $ 12.00 | $ 3.42 |
| 9/10/16 | 44:10:00 | 44.17 | 4.17 | $ 12.00 | $ 25.02 |
| 9/17/16 | 40:25:00 | 40.42 | 0.42 | $ 12.00 | $ 2.52 |
| 9/24/16 | 42:30:00 | 42.50 | 2.50 | $ 12.00 | $ 15.00 |
| 10/1/16 | 40:17:00 | 40.28 | 0.28 | $ 12.00 | $ 1.68 |
| 10/8/16 | 41:26:00 | 41.43 | 1.43 | $ 12.00 | $ 8.58 |
| 10/15/16 | 47:28:00 | 47.47 | 7.47 | $ 12.00 | $ 44.82 |
| 10/22/16 | 40:02:00 | 40.03 | 0.03 | $ 12.00 | $ 0.18 |
| 10/29/16 | 49:30:00 | 49.50 | 9.50 | $ 12.00 | $ 57.00 |
| 11/5/16 | 38:57:00 | 38.95 | -1.05 | $ 12.00 | $ - |
| 11/12/16 | 42:09:00 | 42.15 | 2.15 | $ 12.00 | $ 12.90 |
| 11/19/16 | 44:17:00 | 44.28 | 4.28 | $ 12.00 | $ 25.68 |
| 11/26/16 | 44:41:00 | 44.68 | 4.68 | $ 12.00 | $ 28.08 |
| 12/3/16 | 46:27:00 | 46.45 | 6.45 | $ 12.00 | $ 38.70 |
| 12/10/16 | 47:15:00 | 47.25 | 7.25 | $ 12.00 | $ 43.50 |
| 12/17/16 | 43:25:00 | 43.42 | 3.42 | $ 12.00 | $ 20.52 |
| 12/24/16 | 44:27:00 | 44.45 | 4.45 | $ 12.00 | $ 26.70 |
| 12/31/16 | 23:07:00 | 23.12 | 0.00 | $ 12.00 | $ - |
| TOTAL | | 46.02 | 487.30 | | $ 2,709.41 |

EXHIBIT "B"

| Week Ending | Hours | Total Hours | Hours Over 40 | Hourly Rate | Overtime Due 1/2 Time |
|---|---|---|---|---|---|
| SANCHEZ | | | | | |
| 7/11/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 7/18/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 7/25/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/1/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/8/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/15/15 | 50.00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 8/22/15 | 45:56:00 | 45.93 | 5.93 | $ 10.00 | $ 29.65 |
| 8/29/15 | 47:41:00 | 47.68 | 7.68 | $ 10.00 | $ 38.40 |
| 9/5/15 | 46:58:00 | 46.97 | 6.97 | $ 10.00 | $ 34.85 |
| 9/12/15 | 48:01:00 | 48.02 | 8.02 | $ 10.00 | $ 40.10 |
| 9/19/15 | 50:00:00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 9/26/15 | 46:37:00 | 46.62 | 6.62 | $ 10.00 | $ 33.10 |
| 10/3/15 | 49:55:00 | 49.92 | 9.92 | $ 10.00 | $ 49.60 |
| 10/10/15 | 49:55:00 | 49.92 | 9.92 | $ 10.00 | $ 49.60 |
| 10/17/15 | 49:36:00 | 49.60 | 9.60 | $ 10.00 | $ 48.00 |
| 10/24/15 | 50:53:00 | 50.88 | 10.88 | $ 10.00 | $ 54.40 |
| 10/31/15 | 47:53:00 | 47.88 | 7.88 | $ 10.00 | $ 39.40 |
| 11/7/15 | 47:03:00 | 47.05 | 7.05 | $ 10.00 | $ 35.25 |
| 11/14/15 | 48:58:00 | 48.97 | 8.97 | $ 10.00 | $ 44.85 |
| 11/21/15 | 46:35:00 | 46.58 | 6.58 | $ 10.00 | $ 32.90 |
| 11/28/15 | 48:26:00 | 48.43 | 8.43 | $ 10.00 | $ 42.15 |
| 12/5/15 | 46:22:00 | 46.37 | 6.37 | $ 10.00 | $ 31.85 |
| 12/12/15 | 52:23:00 | 52.38 | 12.38 | $ 10.00 | $ 61.90 |
| 12/19/15 | 50:34:00 | 50.57 | 10.57 | $ 10.00 | $ 52.85 |
| 12/26/15 | 50:00:00 | 50.00 | 10.00 | $ 10.00 | $ 50.00 |
| 1/2/16 | 50:00:00 | 50.00 | 10.00 | $ 12.00 | $ 60.00 |
| 1/9/16 | 49:49:00 | 49.82 | 9.82 | $ 12.00 | $ 58.92 |
| 1/16/16 | 50:01:00 | 50.02 | 10.02 | $ 12.00 | $ 60.12 |

| Week Ending | Hours | Total Hours | Hours Over 40 | Hourly Rate | Overtime Due 1/2 Time |
|---|---|---|---|---|---|
| 1/23/16 | 50:06:00 | 50.10 | 10.10 | $ 12.00 | $ 60.60 |
| 1/30/16 | 49:54:00 | 49.90 | 9.90 | $ 12.00 | $ 59.40 |
| 2/6/16 | 47:36:00 | 47.60 | 7.60 | $ 12.00 | $ 45.60 |
| 2/13/16 | 41:46:00 | 41.77 | 1.77 | $ 12.00 | $ 10.62 |
| 2/20/16 | 49:36:00 | 49.60 | 9.60 | $ 12.00 | $ 57.60 |
| 2/27/16 | 43:47:00 | 43.78 | 3.78 | $ 12.00 | $ 22.68 |
| 3/5/16 | 49:36:00 | 49.60 | 9.60 | $ 12.00 | $ 57.60 |
| 3/12/16 | 46:53:00 | 46.88 | 6.88 | $ 12.00 | $ 41.28 |
| 3/19/16 | 49:11:00 | 49.18 | 9.18 | $ 12.00 | $ 55.08 |
| 3/26/16 | 42:14:00 | 42.23 | 2.23 | $ 12.00 | $ 13.38 |
| 4/2/16 | 43:42:00 | 43.70 | 3.70 | $ 12.00 | $ 22.20 |
| 4/9/16 | 36:09:00 | 36.15 | 0.00 | $ 12.00 | $ - |
| 4/16/16 | 44:11:00 | 44.18 | 4.18 | $ 12.00 | $ 25.08 |
| 4/23/16 | 43:00:00 | 43.00 | 3.00 | $ 12.00 | $ 18.00 |
| 4/30/16 | 45:47:00 | 45.78 | 5.78 | $ 12.00 | $ 34.68 |
| 5/7/16 | 41:08:00 | 41.13 | 1.13 | $ 12.00 | $ 6.78 |
| 5/14/16 | 41:54:00 | 41.90 | 1.90 | $ 12.00 | $ 11.40 |
| 5/21/16 | 40:16:00 | 40.27 | 0.27 | $ 12.00 | $ 1.62 |
| 5/28/16 | 46:54:00 | 46.90 | 6.90 | $ 12.00 | $ 41.40 |
| 6/4/16 | 55:40:00 | 55.67 | 15.67 | $ 12.00 | $ 94.02 |
| 6/11/16 | 45:17:00 | 45.28 | 5.28 | $ 12.00 | $ 31.68 |
| 6/18/16 | 50:12:00 | 50.20 | 10.20 | $ 12.00 | $ 61.20 |
| 6/25/16 | 43:05:00 | 43.08 | 3.08 | $ 12.00 | $ 18.48 |
| 7/2/16 | 43:09:00 | 43.15 | 3.15 | $ 12.00 | $ 18.90 |
| 7/9/16 | 44:53:00 | 44.88 | 4.88 | $ 12.00 | $ 29.28 |
| 7/16/16 | 45:43:00 | 45.72 | 5.72 | $ 12.00 | $ 34.32 |
| 7/23/16 | 42:57:00 | 42.95 | 2.95 | $ 12.00 | $ 17.70 |
| 7/30/16 | 38:22:00 | 38.37 | 0.00 | $ 12.00 | $ - |
| 8/6/16 | 40:23:00 | 40.38 | 0.38 | $ 12.00 | $ 2.28 |

| Week Ending | Hours | Total Hours | Hours Over 40 | Hourly Rate | Overtime Due 1/2 Time |
|---|---|---|---|---|---|
| 8/13/16 | 41:39:00 | 41.65 | 1.65 | $ 12.00 | $ 9.90 |
| 8/20/16 | 41:52:00 | 41.87 | 1.87 | $ 12.00 | $ 11.22 |
| 8/27/16 | 41:58:00 | 41.97 | 1.97 | $ 12.00 | $ 11.82 |
| 9/3/16 | 40:37:00 | 40.62 | 0.62 | $ 12.00 | $ 3.72 |
| 9/10/16 | 41:45:00 | 41.75 | 1.75 | $ 12.00 | $ 10.50 |
| 9/17/16 | 40:25:00 | 40.42 | 0.42 | $ 12.00 | $ 2.52 |
| 9/24/16 | 42:28:00 | 42.47 | 2.47 | $ 12.00 | $ 14.82 |
| 10/1/16 | 40:08:00 | 40.13 | 0.13 | $ 12.00 | $ 0.78 |
| 10/8/16 | 41:19:00 | 41.32 | 1.32 | $ 12.00 | $ 7.92 |
| 10/15/16 | 46:01:00 | 46.02 | 6.02 | $ 12.00 | $ 36.12 |
| 10/22/16 | 40:02:00 | 40.03 | 0.03 | $ 12.00 | $ 0.18 |
| 10/29/16 | 49:31:00 | 49.52 | 9.52 | $ 12.00 | $ 57.12 |
| 11/5/16 | 40:24:00 | 40.40 | 0.40 | $ 12.00 | $ 2.40 |
| 11/12/16 | 42:04:00 | 42.07 | 2.07 | $ 12.00 | $ 12.42 |
| 11/19/16 | 44:15:00 | 44.25 | 4.25 | $ 12.00 | $ 25.50 |
| 11/26/16 | 44:43:00 | 44.72 | 4.72 | $ 12.00 | $ 28.32 |
| 12/3/16 | 45:01:00 | 45.02 | 5.02 | $ 12.00 | $ 30.12 |
| 12/10/16 | 46:03:00 | 46.05 | 6.05 | $ 12.00 | $ 36.30 |
| 12/17/16 | 44:00:00 | 44.00 | 4.00 | $ 12.00 | $ 24.00 |
| 12/24/16 | 43:14:00 | 43.23 | 3.23 | $ 12.00 | $ 19.38 |
| 12/31/16 | 23:09:00 | 23.15 | 0.00 | $ 12.00 | $ - |
| TOTAL | | 45.61 | 459.93 | | $ 2,535.81 |